82,097-01

2.2.14

Francisco Solorzano
#1854357 Connally Unit
899 Fm 632
Kenedy, Tx 78119

Court of Criminal Appeals
of Texas
P.O. Box 12308 Capital Station
Austin, Tx 78711

Able Acosta,

I write this notice to the Courts, to inform I have moved units. This is in Refrence to my 11.07 Cause Number Tr. Ct. No. D-1-DC-12-301284-A WR-82,697-01. Please update my file. Thank You for your time.

Sincerly,

Francisco S

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 04 2015

Abel Acosta, Clerk